UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAMAL S. KITTRELL,

       Plaintiff,                CIVIL ACTION NO. 06-12593
                                     HON. JOHN CORBETT O'MEARA

v.

WAYNE COUNTY, et al.,

       Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE SCHEER'S
REPORT AND RECOMMENDATION

      The Court having reviewed Magistrate Judge Scheer's Report and Recommendation, filed September 18, 2006, as well as any objections thereto filed by the parties, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

      IT IS FURTHER ORDERED that Plaintiff's complaint against Wayne County, City of Detroit, Wayne County Prosecutor's Office, Detroit Police Department, and Wayne County Prosecutor be summarily dismissed for failure to state a claim upon which relief may be granted.

      SO ORDERED.

                                                       s/John Corbett O'Meara
                                                       United States District Judge

Dated: November 09, 2006

Certificate of Service

    I hereby certify that the foregoing order was served upon the Kamal Kittrell on November 13, 2006, by U.S. mail.

                                          s/William Barkholz
                                          Case Manager