UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAMAL S. KITTRELL,

        Plaintiff,        CIVIL ACTION NO. 06-12593
                            HON. JOHN CORBETT O'MEARA

v.

WAYNE COUNTY, et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S
## REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Scheer's Report and Recommendation, filed June 30, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ACCEPTED and ADOPTED by this Court.

IT IS FURTHER ORDERED that Plaintiff's March 21, 2008, motion for production of documents is DENIED.

IT IS FURTHER ORDERED that Defendants' February 21, 2008, motion for summary judgment is GRANTED and the complaint is hereby DISMISSED.


                                            s/John Corbett O'Meara
                                            United States District Judge

Date: July 29, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 29, 2008, by electronic and/or ordinary mail.

                                                <u>s/William Barkholz</u>
                                                Case Manager